UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

01-12119WGY

ANDRE LEOTTI, )
)
v. )
)
CHRISTOPHER McDERMOTT, )
MICHAEL CESARINI, and )
JOHN YUNITS, in his capacity as )
MAYOR OF THE CITY OF )
BROCKTON, )
    Defendants. )

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
## 28 U.S.C. §1441(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Christopher McDermott, Michael Cesarini, and John Yunits, in His Capacity as Mayor of The City of Brockton, respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Plymouth County, and for their Notice of Removal state:

    1.    The Petitioners, Christopher McDermott, Michael Cesarini, and John Yunits, in His Capacity as Mayor of The City of Brockton are defendants in a civil action in the Superior Court of the Commonwealth of Massachusetts in and for Plymouth County, entitled <u>Andre Leotti v. Christopher McDermott, et al.</u>, Civil Action No. 01-1274A. On or about November 13, 2001, the Plaintiff served a Summons and a copy of the Plaintiff's Complaint on the Defendants




Christopher McDermott and Michael. See Summons (attached as **Exhibit A**). The Defendants have not yet answered said Summons and Complaint.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Plymouth County, Massachusetts, and, accordingly, under 28 U.S.C. §101 and §1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. This is a civil action in which the Plaintiff seeks relief and damages for alleged injuries and damages suffered because of, inter alia, alleged violations by the Defendants of Plaintiff's Civil Rights guaranteed under the U.S. Constitution and 42 U.S.C. § 1983.

4. Because the case involves federal issues, alleged federal Constitutional violations, the District Court has original jurisdiction pursuant to 28 U.S.C. §1331.

5. Defendants are filing this notice within 30 days of receipt of the Summons and Complaint, within 30 days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. §1446; see also Murphy Bros Inc. v. Michetti Pipe Stringing, 526 U.S. 344, 199 S.Ct. 1322 (1999).

6. All named Defendants are party to this Notice of Removal.

7. Defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Plymouth.

8. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Plymouth, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within 30 days after the filing of this Notice of Removal.

WHEREFORE, Petitioners, Christopher McDermott, Michael Cesarini, and John Yunits, in His Capacity as Mayor of The City of Brockton, pray that the above action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County be removed from that Court to this United States District Court.

> The Defendants,
> CHRISTOPHER McDERMOTT, MICHAEL
> CESARINI, and JOHN YUNITS in his capacity
> as MAYOR OF THE CITY OF BROCKTON,
> By their Attorneys,
>
> PIERCE, DAVIS & PERRITANO, LLP
>
> _____
> John J. Cloherty III, BBO # 566522
> Ten Winthrop Square
> Boston, MA 02110
> 617-350-0950

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

12/3/01
Date