UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 01-CV-12119-MBB

ANDRE LEOTTI,
    Plaintiff,

v.

CHRISTOPHER MCDERMOTT,
MICHAEL CESARINI, and JOHN
YUNITS, In His Capacity as Mayor of
the City of Brockton,
    Defendants.

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

    The defendants, Christopher McDermott, Michael Cesarini, and John Yunits, in His Capacity as Mayor of The City of Brockton, request that this court reschedule the status conference scheduled for Thursday, June 12, 2003 at 11:00 a.m. as counsel for the plaintiff, Douglas I. Louison has a personal family vacation conflict for the week of June 9-13, 2003.

    The plaintiff's counsel Attorney Walter Hayes has assented to this motion.

    As such, the defendants request that the status conference be rescheduled to a date convenient for this Court.

    Defendants, Christopher McDermott,
    Michael Cesarini, and John Yunits, in His
    Capacity as Mayor of The City of
    Brockton,
    By their attorney,

    Douglas I. Louison (BBO # 545191)
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, counsel for the defendant, hereby certify that on the _____ day of _____, 2003, I served a copy of the foregoing by first class mail, postage prepaid, upon the following counsel of record: Jay M. Lipis, Esq, Six Cabot Place, Unit 8, Stoughton, MA 02072.

_____
Douglas I. Louison